01/02/2008 15:44 IFAX astoll@nyc.rr.com → Andrew Stoll ☒001/002
912127884095
Case 1:07-cv-08457-WHP   Document 7   Filed 01/02/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
WILLIAM MORALES,

                          PLAINTIFF,

-AGAINST-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,
WARDEN MICHAEL HOURIHANE, JOHN DOE
CAPTAIN, JOHN DOE CORRECTION OFFICERS 1-8,

                          DEFENDANTS.
---------------------------------------------------------------x

Docket 07-CV-8457
(WHP)(THK)

CIVIL CASE
MANAGEMENT PLAN

This Civil Case Management Plan is submitted by counsel for all parties, in accordance with Rule 26(f), Fed. R. Civ. P., as well as the rules of the Hon. William H. Pauley.

1. All parties consent to conducting all further proceedings before a Magistrate Judge, except for the trial, pursuant to 28 U.S.C. 636(c).

2. This case is to be tried to a jury.

3. Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed not later than February 1, 2008.

4. First interrogatories and requests for documents are to be served not later than February 1, 2008.

5. All *fact* discovery shall be completed no later than April 18, 2008.

6. All *expert* discovery shall be completed no later than June 18, 2008.

7. Dispositive motions shall be filed no later than June 18, 2008, consistent with the Court's individual rules concerning motions, and with leave to extend such date if the expert disclosures might affect a dispositive motion.

Respectfully Submitted

Stoll, Glickman & Bellina, LLP
Counsel for Plaintiff
71 Nevins Street
Brooklyn, NY 11217
718-852-3710
f: 718-852-3586
astoll@stollglickman.com

/s/
by Andrew B. Stoll (AS8808)

Law Department of the City of New York
Counsel for Defendants
100 Church Street
New York, NY 10007
212-442-0832
f: 212-788-9776
hzuber@law.nyc.gov

/s/
By Hugh Zuber (HZ4935)

**SO ORDERED:**

_____
HON. WILLIAM H. PAULEY
UNITED STATES DISTRICT JUDGE