```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM MORALES,                               :

                Plaintiff,     :       07 Civ. 8457 (WHP)

  -against-                                   :       SCHEDULING ORDER

CITY OF NEW YORK et al.,                       :

                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Counsel for all parties having appeared before the Court for an initial pre-trial conference on January 4, 2008, the following schedule is established on consent of the parties:

1. All discovery shall be completed by April 18, 2008;

2. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by May 16, 2008; and

3. A final pre-trial conference shall be held on May 30, 2008 at 10:30 a.m.

Dated: January 4, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Andrew Brian Stoll, Esq.
Stoll, Glickman & Belina, LLP
71 Nevins Street
Brooklyn, NY 11217
*Counsel for Plaintiff*

Hugh A. Zuber, Esq.
New York City Department of Law
100 Church Street
Room 6-308
New York, NY 10007
*Counsel for Defendants*