UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

WILLIAM MORALES

                                                Plaintiff,    ~~COMPLAINT AND JURY DEMAND~~ ORDER

-against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, WARDEN MICHAEL HOURIHANE, JOHN
DOE CAPTAIN, JOHN DOE CORRECTION OFFICERS
1-8

Docket # 07CV8457(WHP)

ECF CASE

                                                Defendants.

------------------------------------------------------------------ X

Upon the application of attorney ANDREW B. STOLL for an order to the City of New York to provided pedigree and contact information for inmates interviewed concerning the events identified in the complaint, it is

ORDERED that the City of New York provide the name, last known address, "book and case" number, "NYSID" number, and other pedigree of every inmate interviewed by the City of New York or any of its employees concerning the events identified in the complaint.

Dated: New York, New York
         Jan. 9, 2008

                                                 HON. WILLIAM H. PAULEY
                                                 UNITED STATES DISTRICT COURT JUDGE
                                                 SOUTHERN DISTRICT OF NEW YORK