# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**MEMO ENDORSED**

Honorable William Pauley III
U.S. District Court, SDNY
500 Pearl Street, Room 2210
New York, NY 10007

April 15, 2008

Re:   William Morales v. City of New York et al.
      07CV8457

Your Honor,

This is a request for a sixty day extension of discovery in the above referenced case; this is the first such request, and my adversary, Assistant Corporation Counsel Hugh Zuber, has consented to the request.

The parties are optimistic that a settlement can be reached in the case; if not, the plaintiff is incarcerated in an upstate prison, and we will be seeking an order to produce him for a deposition. Substantial medical records and internal investigations into the incident have been produced, though some documents are still outstanding, and depositions have to be taken.

The extension would result in a June 18, 2008 discovery deadline and a July 18, 2008 JPTO deadline.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

cc:   ACC Hugh Zuber
      New York City Law Department
      By fax: 212-788-9776

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

4/22/08

The final pretrial conference is adjourned to July 25, 2008 at 10:30 a.m.

**MEMO ENDORSED**

# LAW OFFICES OF JOAN XIE, P.C.

305 Broadway, Suite 1101, New York, NY 10007
Tel: (212)227-1018 Fax: (212)227-0452
E-mail: joanxie@aol.com
www.myimmigrationcase.com

Joan Xie
Xin Miao
Neil Bernstein, *of counsel*

*Licensed in
New York, New Jersey

April 14, 2008

Hon. Judge William Pauley III
500 Pearl Street
New York, NY 10007

    Re: <u>**Su Wei Yang v. USDHS, Docket No. 08 Civ 2395**</u>

Dear Hon. Judge Pauley III:

<u>I write to request an adjournment of pretrial conference on April 25, 2008 at 11:30 am to May 9, 2008 at 11:30 am.</u>

    Since I received order for initial pretrial conference, I have tried to contact with US attorney in the Office of Immigration Litigation several times. However, they haven't assigned any specific attorney to the above-referred case yet. I discussed with Mr. Lyle in the Office of Immigration Litigation yesterday. He agreed to take a look at this matter, although he is not the one assigned to this case. Both of us believed it was reasonable to request an adjournment in order for government attorney to have a chance to prepare for this case and discuss with me about discovery plan and potential settlement before trial.

    Thank you very much for your courtesy!

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/22/08

Very truly yours,

Joan Xie

Cc: Mr. Jentzer Lyle, Esq.
US Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044