# STOLL, GLICKMAN & BELLINA ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

RECEIVED
MAY 2 2 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

May 19, 2008

Honorable William Pauley III
U.S. District Court, SDNY
500 Pearl Street, Room 2210
New York, NY 10007

Re:   <u>William Morales v. City of New York et al.</u>
      07CV8457

**MEMO ENDORSED**

Your Honor,

This is a request, with the consent of defendants' counsel by Assistant Corporation Counsel Hugh Zuber, to amend the above referenced complaint to name the John Doe defendants; the added parties would be:

Correction Officer Umar Abdullah, Shield #8411

Correction Officer Rory Haynes, Shield #8752

Correction Officer Michael Sakellaridis, Shield #1387

Correction Officer Preston Menefee, Shield #10817

Captain Roy Miller, Shield #772

Captain Michael Campbell, Shield #1087

Captain Maria Texeira, Shield #116

Captain Briggs, Shield #801

Correction Officer Roosevelt Rhodes, Shield #7686

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

cc:   New York City Law Department
      Attn: ACC Hugh Zuber
      100 Church Street
      New York, NY 10007

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/23/08